IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL ACTION NO. 3:23-CR-00273-KDB-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | ORDER |
| LAWRENCE LUTHER MOORE, | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Government's unopposed Motion to Dismiss the Indictment (Doc. No. 55) due to the Defendant's death. The Government confirmed via police report that Defendant Lawrence Luther Moore was found unresponsive and later pronounced dead by Fire and EMS on January 8, 2025. Therefore, for good cause shown, the Court will **DISMISS** the indictment as to Defendant Lawrence Luther Moore.[1]

SO ORDERED.

Signed: January 24, 2025

Kenneth D. Bell
United States District Judge

---

[1] The Government intends to move forward against co-defendant Jamell Revon Fields, who pleaded guilty and is awaiting sentencing.